## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JEREMY OLSEN,

   *Plaintiff,*

v.

ALEX AZAR, in his capacity as Secretary of the United States Department of Health and Human Services,

   *Defendant.*

Case No. 1:19-cv-03814

## **PROOF OF SERVICE**

In compliance with Federal Rule of Civil Procedure 4(l)(1), Plaintiff hereby files the Affidavit of Service by Mail providing proof of service on Alex Azar, in his capacity as Secretary of the United States Department of Health and Human Services, by serving the United States Attorney General on January 23, 2020, the Department of Health and Human Services on January 16, 2020, and the United States Attorney General on January 17, 2020, attached as Exhibit A.

Dated:  February 18, 2020

Respectfully submitted,

/s/ Jeffrey Blumenfeld
D.C. Bar No. 181768
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 753-3800
Facsimile:  (202) 753-3838
jblumenfeld@lowenstein.com

*Attorneys for Plaintiff*

*Of Counsel, Admitted Pro Hac Vice*

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: (412) 561-6250
Facsimile:  (412) 561-6253
james@dparrishlaw.com

*Attorneys for Plaintiff*